From: 334-222-8178    Page: 12/12    Date: 5/11/2006 10:27:12 AM

| State of Alabama Unified Judicial System | SUMMONS - CIVIL - | Case Number |
|---|---|---|
| Form C-34  Rev 6/88 | | CV-06-24 |

IN THE _____ CIRCUIT _____ COURT OF _____ COVINGTON _____ COUNTY

**Plaintiff**  Lorrine Thompson, Administratrix of the    v. **Defendant**  TMA Forest Products Group, et al.
Estate of Jerry Thompson, Deceased

**NOTICE TO**  D & D Lumber Company, Inc. d/b/a Lockhart Lumber Company

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY  W. Eason Mitchell  WHOSE
ADDRESS IS  The Colom Law Firm, P.O. Box 866, Columbus, MS 39703 .

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN  30  DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.
☒ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

FILED IN OFFICE
JAN 30 2006

Date _____    Roger A. Powell    By _____
                 Clerk/Register

☒ Certified Mail is hereby requested.

_____ Plaintiff's/Attorney's Signature

CERTIFIED MAIL RECEIPT

Postage  $ 1.83
Certified Fee  2.40
Return Receipt Fee (Endorsement Required)  1.85
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 6.08

Sent To
D & D Lumber Company, Inc.
Paul S. Allersmeyer
John S. Hoenigmann
60 Wall Street
New York, NY 10005

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
D & D Lumber Company, Inc.
Paul S. Allersmeyer
John S. Hoenigmann
60 Wall Street
New York, NY 10005

2. Article
PS Form

COMPLETE THIS SECTION ON DELIVERY
A. Signature  X Thomas  ☐ Agent ☐ Addressee
B. Received by (Printed Name)  Thomas   C. Date of Delivery
D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com