IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORRINE THOMPSON, *as Administratix of the Estate of Jerry Thompson, deceased*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-CV-189-WKW ) |
| TMA FOREST PRODUCTS GROUP, et al. | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendants' Consent Motion for Enlargement of Time to Respond to Complaint (Doc. # 5), it is ORDERED that said motion is GRANTED. Defendants shall respond to the Complaint on or before March 22, 2006.

DONE this the 6th day of March, 2006.

　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE