IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORRINE THOMPSON, as Administratrix of the Estate of Jerry Thompson, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>    Defendants. | CASE NO. 2:06-CV-189-WKW |

## **ORDER**

It is ORDERED that the plaintiff shall show cause **on or before April 14, 2006**, why the defendants' motions to dismiss (Doc. # 7 and Doc. # 9) should not be granted in whole or in part.

DONE this the 24th day of March, 2006.

                                              /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE