State of Alabama

County of Covington

## AFFIDAVIT

My name is Lorene Thompson. I am the widow and former wife of Jerry D. Thompson who was born January 12, 1946. Jerry suffered from respiratory failure, acute obstructive bronchitis, pneumonia, and chronic airway obstruction (COAD) for an extended period of time prior to his death. Jerry died of cardiac arrest on February 26, 2004.

I am familiar with Jerry's residences for most of his adult life. He lived at a variety of locations in the Florala and Lockhart communities. Some of the residences include 1466 Montgomery Street, 210 South 4th Street, and 8 Seminole Avenue. ~~All of these residences~~

I had no suspicion and Jerry had no knowledge or any reason to suspect that the chemicals from the Louisiana-Pacific wood treatment facility caused his illnesses and death. I now believe that the chemicals which were released into the environment at the Louisiana-Pacific facility caused Jerry's illnesses and death. He was not employed by any of the owners or operators of the Louisiana-Pacific wood treatment facility. I

know of no other hazardous or toxic chemicals that would have caused his death. Neither I nor Jerry Thompson knew that the chemicals which were released into the environment from the Louisiana-Pacific facility caused or promoted life-threatening illnesses.

_____
V. LORENE THOMPSON

Sworn to and subscribed before me this __11__ day of __April__, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 9-13-08

45335.wpd