

From: 3348586202   Page: 10/12   Date: 4/7/2006 12:10:54 PM



This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com