# SEVERN TRENT LABORATORIES, INC.
# PRELIMINARY DATA SUMMARY

---

The results shown below may still require additional laboratory review and are subject to change. Actions taken based on these results are the responsibility of the data user.

---

|  | Soil Water Air Protection Enterprise |  | PAGE   18 |
|---|---|---|---|
| Lot #:  G6C040214 | Creosote Sites | **Date Reported:** | 3/27/06 |

| PARAMETER | RESULT | REPORTING LIMIT | UNITS | ANALYTICAL METHOD |
|---|---|---|---|---|

**Client Sample ID: 21967 LOCKHART**
Sample #:  009   Date Sampled: 03/03/06 09:25  Date Received: 03/04/06  Matrix: SOLID

Dibenzodioxins and Dibenzofurans, HRGC/HRMS                                       Reviewed

  J  Estimated result. Result is less than the reporting limit.

8270C (SIM)                                                                         In Review

| PARAMETER | RESULT | REPORTING LIMIT | UNITS | ANALYTICAL METHOD |
|---|---|---|---|---|
| Acenaphthene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Acenaphthylene | 23000 J | 52000 | ng/kg | SW846 8270C SIM |
| Anthracene | 43000 J | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(a)anthracene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(b)fluoranthene | 430000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(k)fluoranthene | 340000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(ghi)perylene | 320000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(a)pyrene | 31000 J | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(e)pyrene | 34000 J | 52000 | ng/kg | SW846 8270C SIM |
| Chrysene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Dibenz(a,h)anthracene | 37000 J | 52000 | ng/kg | SW846 8270C SIM |
| Fluoranthene | 930000 | 52000 | ng/kg | SW846 8270C SIM |
| Fluorene | 17000 J | 52000 | ng/kg | SW846 8270C SIM |
| Indeno(1,2,3-cd)pyrene | 230000 | 52000 | ng/kg | SW846 8270C SIM |
| 2-Methylnaphthalene | 19000 J | 52000 | ng/kg | SW846 8270C SIM |
| Naphthalene | 28000 J | 52000 | ng/kg | SW846 8270C SIM |
| Phenanthrene | 690000 | 52000 | ng/kg | SW846 8270C SIM |
| Pyrene | 640000 | 52000 | ng/kg | SW846 8270C SIM |

  Results and reporting limits have been adjusted for dry weight.
  J  Estimated result. Result is less than RL.

8270C (SIM)                                                                         In Review
           **IN PROGRESS**

| Inorganic Analysis | | Soil | | | Reviewed |
|---|---|---|---|---|---|
| Method for Determination of Water Content of Soil | 4.2 | 0.10 | % | | ASTM D 2216-90 |

(Continued on next page)

# SEVERN TRENT LABORATORIES, INC.
## PRELIMINARY DATA SUMMARY

---
The results shown below may still require additional laboratory review and are subject to change. Actions taken based on these results are the responsibility of the data user.
---

```
                        Soil Water Air Protection Enterprise              PAGE    17
Lot #:  G6C040214              Creosote Sites               Date Reported:  3/27/06

                                        REPORTING            ANALYTICAL
  PARAMETER                  RESULT     LIMIT      UNITS     METHOD

Client Sample ID: 21967 LOCKHART
Sample #:  009    Date Sampled: 03/03/06 09:25  Date Received: 03/04/06  Matrix: SOLID

  ICP-MS (6020)                                                          Reviewed
    Arsenic                  261        0.21       mg/kg     SW846 6020
    Chromium                 25.2       0.21       mg/kg     SW846 6020
    Copper                   44.7       0.21       mg/kg     SW846 6020
```
Results and reporting limits have been adjusted for dry weight.

```
  Dibenzodioxins and Dibenzofurans, HRGC/HRMS                            Reviewed
    2,3,7,8-TCDD             4.5                   pg/g      SW846 8290
    Total TCDD               65                    pg/g      SW846 8290
    1,2,3,7,8-PeCDD          51                    pg/g      SW846 8290
    Total PeCDD              380                   pg/g      SW846 8290
    1,2,3,4,7,8-HxCDD        110                   pg/g      SW846 8290
    1,2,3,6,7,8-HxCDD        350                   pg/g      SW846 8290
    1,2,3,7,8,9-HxCDD        340                   pg/g      SW846 8290
    Total HxCDD              2700                  pg/g      SW846 8290
    1,2,3,4,6,7,8-HpCDD      7100 D                pg/g      SW846 8290
    Total HpCDD              13000                 pg/g      SW846 8290
    OCDD                     39000 D               pg/g      SW846 8290
    2,3,7,8-TCDF             34 CON                pg/g      SW846 8290
    Total TCDF               130                   pg/g      SW846 8290
    1,2,3,7,8-PeCDF          49                    pg/g      SW846 8290
    2,3,4,7,8-PeCDF          73                    pg/g      SW846 8290
    Total PeCDF              440                   pg/g      SW846 8290
    1,2,3,4,7,8-HxCDF        340                   pg/g      SW846 8290
    1,2,3,6,7,8-HxCDF        180                   pg/g      SW846 8290
    2,3,4,6,7,8-HxCDF        150                   pg/g      SW846 8290
    1,2,3,7,8,9-HxCDF        4.6 J                 pg/g      SW846 8290
    Total HxCDF              3200                  pg/g      SW846 8290
    1,2,3,4,6,7,8-HpCDF      4600 D                pg/g      SW846 8290
    1,2,3,4,7,8,9-HpCDF      76 J,D                pg/g      SW846 8290
    Total HpCDF              8200                  pg/g      SW846 8290
    OCDF                     2200 D                pg/g      SW846 8290
```
Results and reporting limits have been adjusted for dry weight.
  D  Result was obtained from the analysis of a dilution.
  CON Confirmation analysis.

(Continued on next page)