**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

April 25, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:     Lorrine Thompson vs. TMA Forest Products Group et al.**
**Case Number:   2:06cv189-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached without the signatures.**

**The signatures to the main PDF document are attached to this notice for your review. Reference is made to document # 19 filed on April 24, 2006.**