IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORRINE THOMPSON, as Administratrix of the Estate of Jerry Thompson, deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TMA FOREST PRODUCTS GROUP, et al. )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-189-WKW |

## ORDER

It is ORDERED that the defendants shall show cause **on or before May 17, 2006**, why the following motions filed by the plaintiff should not be granted:

1. Motion to Consolidate (Doc. # 18);

2. Motion to Allow Amended Complaint (Doc. # 20).

DONE this the 27th day of April, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE