

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

---

**INITIATE NEW BROWSE**

```
Corporation                                              F/C 731-086
  Legal Name:    D & D Lumber Company, Inc.

State Of Inc:    Delaware

Qualified...:    12-17-1957  Withdrawn.: 11-01-1978

Date Of Inc.:    * Not On Data Base

Reg Agent...:    DIXON, SOLON
                 ANDALUSIA, AL

Prin Address:    100 WEST TENTH ST
                 WILMINGTON, DE

Nat Of Bus..:    MFG, DEAL IN WOOD CHIPS, WOOD PRODUCTS, ETC
```

**TRANSACTION LIST**

**← PREVIOUS PAGE**



© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT 3



# TRANSACTIONS

Office of the Secretary of State
State of Alabama

---

INITIATE NEW BROWSE

```
Corporation                                              F/C 731-086
  Legal Name:   D & D Lumber Company, Inc.


                ---- Legal Name Changed From: ----------------------------------
03-13-1961..:   D & D Chips, Inc.


                ---- Legal Name Merged In: -------------------------------------
11-01-1978..:   Lockhart Lumber Company, Inc.


                ---- Miscellaneous Filing Entry: -------------------------------
11-01-1978..:   AMENDMENT FILED

03-13-1961..:   AMENDMENT FILED
```

← PREVIOUS PAGE



---

© 2006, Office of the Secretary of State, State of Alabama