

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama



```
Corporation                                              D/C 054-257
  Legal Name:    D & D Lumber Company, Inc.

  Place Of Inc:  Montgomery County

  Date Of Inc.:  11-13-1978

  Reg Agent...:  * Not On Data Base

  Prin Address:  MONTGOMERY, AL

  Capital Amt.:  $1,000 Authorized   $1,000 Paid In

  Nat Of Bus..:  LUMBER TIMBER AND FOREST PRODUCTS ETC

  Names Of Inc:  ALLERSMEYER, PAUL S
                 HOENIGMANN, JOHN S
                 HENNELLY, THOMAS G
```



© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT
9



# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

---

INITIATE NEW BROWSE

```
Corporation                                              D/C 054-271
  Legal Name:    Lockhart Lumber Company, Inc.

Place Of Inc:    Montgomery County

Date Of Inc.:    11-13-1978

Reg Agent...:    * Not On Data Base

Prin Address:    MONTGOMERY, AL

Capital Amt.:    $1,000 Authorized    $1,000 Paid In

Nat Of Bus..:    LUMBER, TIMBER AND FOREST PRODUCTS

Names Of Inc:    ALLERSMEYER, PAUL S
                 HOENIGMANN, JOHN S
                 HENNELLY, THOMAS C
```

← PREVIOUS PAGE



© 2006, Office of the Secretary of State, State of Alabama