IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORRINE THOMPSON, as Administratrix of the Estate of JERRY THOMPSON, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>Defendants. | CASE NUMBER:<br>2:06-cv-189-WKW-VPM |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

**COMES NOW** E. Bryan Nichols of the law firm of Maynard, Cooper & Gale, P.C., a member of the United States District Court for the Middle District of Alabama, and moves this Court to enter an Order admitting John C. Berghoff Jr., Mark R. Ter Molen and Matthew C. Sostrin of Mayer, Brown, Rowe & Maw, LLP, 71 S. Wacker Drive, Chicago, Illinois 60606, to practice before this Court in the above styled case as attorneys for Defendant, Pactiv Corporation. In support of this motion, Movant states as follows:

1. John C. Berghoff, Jr., Mark R. Ter Molen and Matthew C. Sostrin of Mayer, Brown, Rowe & Maw, LLP are members in good standing and are admitted to practice in the United States District Court for the Northern District of Illinois. Their respective Certificates of Good Standing of the United States District Court for the Northern District of Illinois are attached hereto as Exhibits A, B, and C. respectively.

2. The prescribed fee of $60.00 has been paid to the Clerk of the Court with the filing of this motion.

3. The admission *pro hac vice* of Mr. Berghoff, Mr. Ter Molen and Mr. Sostrin in this action will greatly assist in the presentation of issues for adjudication by the Court. They are familiar with the relevant facts and circumstances involved in these proceedings and will be actively associated with Maynard, Cooper & Gale as counsel in this matter.

4. Mr. Berghoff, Mr. Ter Molen and Mr. Sostrin have never been disciplined by any court and understand that their admission *pro hac vice* subjects them to the disciplinary jurisdiction of this Court.

WHEREFORE, premises considered, Movant respectfully requests that this Court grant this Motion and admit John C. Berghoff Jr., Mark R. Ter Molen and Matthew C. Sostrin to practice before this Court in the above-styled action.

_____
E. Bryan Nichols
Bar Number: NIC036

One of the Attorneys for Defendant
*Pactiv Corporation*

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
E-mail: bnichols@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I served the foregoing upon the following persons via U.S. Mail:

*COUNSEL FOR DEFENDANTS LOUISIANA-PACIFIC CORPORATION*

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, AL  36101

*COUNSEL FOR PLAINTIFF*

W. Eason Mitchell
Colon Law Firm
P. O. Box 866
Columbus, MS  39703

Gregory A. Cade
W. Lee Gresham III
Fred R. DeLeon
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222

_____
E. Bryan Nichols
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1184
Facsimile: (205) 254-1999
E-mail: bnichols@maynardcooper.com
Bar Number: NIC036

01334214.8