IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LORRINE THOMPSON, as Administratrix of   )
the Estate of Jerry Thompson, deceased,       )
                                                             )
           Plaintiff,                                     )
                                                             )
v.                                                          )          CASE NO. 2:06-CV-189-WKW
                                                             )
TMA FOREST PRODUCTS GROUP, et al.       )
                                                             )
           Defendants.                                )

## ORDER

Upon consideration of the Motion for John C. Berghoff, Jr., Mark R. Ter Molen

and Matthew C. Sostrin to Appear Pro Hac Vice (Doc. #28) filed on May 11, 2006, it is

hereby

           ORDERED that the motion be GRANTED.


           _____/s/   W.  Keith Watkins_____
           UNITED STATES DISTRICT JUDGE


DONE this 12th day of May, 2006.