IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LORRINE THOMPSON, as Administratrix of  )
the Estate of Jerry Thompson, deceased,  )
                                         )
         Plaintiff,                      )
                                         )
    v.                                   )        CASE NO. 2:06-CV-189-WKW
                                         )
TMA FOREST PRODUCTS GROUP, et al.        )
                                         )
         Defendants.                     )

**ORDER**

It is ORDERED that a status conference is scheduled for May 23, 2006, at 4:00

p.m, in Courtroom E-200, United States Courthouse, One Church Street, Montgomery,

Alabama.

Done this the 12th day of May, 2006.


　　　　　/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE