IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORRINE THOMPSON, as Administratrix of the Estate of JERRY THOMPSON, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>Defendants. | CASE NUMBER:<br>2:06-cv-189-WKW-VPM |

**DEFENDANT PACTIV CORPORATION'S
RESPONSE TO PLAINTIFF'S MOTION TO ALLOW
AMENDED COMPLAINT AND MOTION TO STRIKE**

Defendant Pactiv Corporation ("Pactiv") submits this response to Plaintiff's Motion to Allow Amended Complaint and moves to strike paragraph 110 of the proposed First Amended Complaint as it relates to Pactiv. In support thereof, Pactiv states as follows:

1. On April 24, 2006, Plaintiff filed a Motion to Allow Amended Complaint seeking to delete Counts 9 (spoliation) and 10 (homicide) as causes of action. Pactiv does not oppose Plaintiff's motion to the extent that it seeks to delete the spoliation and homicide counts, as neither count presents a recognized cause of action under Alabama law.

2. Plaintiff, however, continues to allege that "Plaintiffs are entitled to the benefit of the substantive law of the State of Alabama, including an inference of <u>Defendants'</u> guilt, culpability or awareness of their liability because of spoliation of evidence." First Am. Compl. at ¶ 110 (Emphasis added).

3. Plaintiff has alleged no basis for claims of spoliation against Pactiv.

1

4.      Plaintiff merely alleges (at ¶¶ 108-09) that Louisiana-Pacific Corporation—not Pactiv—destroyed or disposed of material evidence and documents. *See also* Pl.'s Resp. to Defs.' Mot. to Dismiss (attaching Affs. of Carlton Dukes and Connie Wayne Adams, which allege that Louisiana-Pacific, not Pactiv, may have destroyed relevant evidence).

WHEREFORE, Pactiv Corporation requests that the Court enter an order striking paragraph 110 of the proposed First Amended Complaint insofar as it alleges spoliation of the evidence as against Pactiv.

        Respectfully Submitted,

        s/ E. Bryan Nichols
        H. Thomas Wells, Jr.
        Bar Number: WEL004
        twells@maynardcooper.com
        John A. Earnhardt
        Bar Number: EAR006
        jearnhardt@maynardcooper.com
        E. Bryan Nichols
        Bar Number: NIC036
        bnichols@maynardcooper.com

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

        John C. Berghoff Jr
        Mark R. Ter Molen
        Matthew C. Sostrin
        *Admitted Pro Hac Vice*

        MAYER, BROWN, ROWE & MAW, LLP
        71 S. Wacker Drive
        Chicago, Illinois 60606

        Attorneys for Defendant
        *Pactiv Corporation*

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*COUNSEL FOR DEFENDANTS LOUISIANA-PACIFIC CORPORATION*

  Dennis R. Bailey
  R. Austin Huffaker
  Rushton, Stakely, Johnston & Garrett
  P. O. Box 270
  Montgomery, AL  36101

*COUNSEL FOR PLAINTIFF*

  W. Eason Mitchell
  Colon Law Firm
  P. O. Box 866
  Columbus, MS  39703

  Gregory A. Cade
  W. Lee Gresham III
  Fred R. DeLeon
  Environmental Litigation Group
  3529 Seventh Avenue South
  Birmingham, AL  35222

                  s/ E. Bryan Nichols
                 E. Bryan Nichols
                 1901 Sixth Avenue North
                 Suite 2400
                 Birmingham, Alabama 35203
                 Telephone: (205) 254-1184
                 Facsimile: (205) 254-1999
                 E-mail: bnichols@maynardcooper.com
                 Bar Number: NIC036