IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


LORRINE THOMPSON, Administratrix of the
Estate of JERRY THOMPSON, Deceased                    PLAINTIFF


VERSUS                              CIVIL ACTION NO. 2:06-CV-189-WKW


JURY TRIAL DEMANDED


PACTIV CORPORATION; et al.                            DEFENDANTS



FIRST AMENDED COMPLAINT



JURISDICTION

1.      This action makes claims for damages for violation of the laws

of the State of Alabama.  The Plaintiff specifically does not claim any

damages for violation of federal statutes or law.



VENUE

2.      Venue of this action is proper in Covington County, Alabama,

because many of the wrongful acts which caused the Plaintiff's injuries and