IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORRINE THOMPSON, as Administratrix of the Estate of Jerry Thompson, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>    Defendants. | CASE NO. 2:06-CV-189-WKW |

## **O R D E R**

Upon consideration of the Motion for Orlyn O. Lockard, III, Douglas Sheppard Arnold, and Bernard Taylor, Sr. to Appear Pro Hac Vice (Doc. # 37) filed on May 18, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 23rd day of May, 2006.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE