# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

**LORRINE THOMPSON, Administratrix of**
**the Estate of JERRY THOMPSON, Deceased,**                **PLAINTIFF**

**VERSUS**                        **CIVIL ACTION NO. 2:06CV189-WKW**

**PACTIV CORPORATION and**
**LOUISIANA-PACIFIC CORPORATION,**              **DEFENDANTS**

## NOTICE OF FILING AFFIDAVIT

Comes now the Plaintiff and gives notice of filing the Affidavit of W. Eason Mitchell in the above-styled and numbered action.

Respectfully submitted this 6th day of July, 2006.

> /s/ W. Eason Mitchell
> W. EASON MITCHELL (MIT020)
> The Colom Law Firm, LLC
> Post Office Box 866
> Columbus, MS 39703-0866
> Telephone: 662-327-0903
> Facsimile: 662-329-4832

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on July 6, 2006, I electronically filed the foregoing *Notice of Filing Affidavit* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Douglas Sheppard Arnold, Esq.
>Dennis R. Bailey, Esq.
>John C. Berghoff, Jr., Esq.
>John A. Earnhardt, Esq.
>R. Austin Huffaker, Jr., Esq.
>Orlyn O. Lockard, III, Esq.
>Edwin Bryan Nichols, Esq.
>Laura Ellison Proctor, Esq.
>Erin O'Kane Scott, Esq.
>Matthew C. Sostrin, Esq.
>Mark R. Ter Molen, Esq.
>H. Thomas Wells, Jr., Esq.
>Bernard Taylor, Sr., Esq.

This 6th day of July, 2006.

    /s/ W. Eason Mitchell
    W. Eason Mitchell