IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORRINE THOMPSON, as Administratrix of the Estate of JERRY THOMPSON, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:06cv189-LES<br>) |
| PACTIV CORPORATION, et al, | )<br>) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion for an extension of time filed on April 13, 2006 (doc. # 17). Upon consideration of the motion, it is

ORDERED that the motion for an extension of time (doc. # 17) be and is hereby DENIED as moot.

Done this 7th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE