## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                              TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Thompson v. Pactiv Corporation, et al (MEMBER CASE)

Case Number:  2:06-cv-00189-LES

Referenced Docket Entries - *** Motion to Dismiss; Answer to Complaint -  Docs.  Nos.  70 & 71

The referenced docket entries were filed electronically with  ERROR  on ***December 22,  2006***  and are being STRICKEN from the docket.  This resulted in an error on the docket sheet because these documents should have been filed in lead case 06cv83 ONLY.  Please DISREGARD these docket entries.